```
                   IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                              :      Chapter 13

   Danielle D. Parns                          18-14075-ELF
         Debtor                        :
```

CERTIFICATE OF SERVICE of SECOND AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Second Amended Chapter 13 Plan has been served on the Chapter 13 Standing Trustee and all priority and secured creditors.

The following creditors have been served by electronic mail:

Rebecca Ann Solarz on behalf of Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com


Date: September 4, 2018          /s/ David M. Offen
                                 David M. Offen
                                 Attorney for Debtor(s)