**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re   Danielle D. Parns ) Chapter 13 | |
|            Debtor ) | |
|  ) No. 18-14075-ELF | |
|  ) | |
|  ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                        /s/David M. Offen
                                                        David M. Offen
                                                        Attorney for Debtor

Date: 09/07/18