# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

|                                    |                                      |
|------------------------------------|--------------------------------------|
|                                    | Chapter 13                           |
|                                    | Bankruptcy No. 18-14075-ELF          |

DANIELLE D PARNS

2743 W. EYRE STREET

PHILADELPHIA, PA 19121

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DANIELLE D PARNS

    2743 W. EYRE STREET

    PHILADELPHIA, PA 19121

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                         /s/ William C. Miller

Date: 9/12/2018

                         _____
                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee