United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14075-elf |
| Danielle D Parns | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle D Parns, 2743 W. Eyre Street, Philadelphia, PA 19121-2830 |
| 14124721 | | American Web Loan, 126-A S. Mingo Road, Suite 189, Tulsa, OK 74133 |
| 14186364 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14124740 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14124726 | + | Green Trust, LLC., P.O. Box 340, Hays, MT 59527-0340 |
| 14124727 | + | John Manes, Esq., 331 E. Street Road, Feasterville Trevose, PA 19053-7711 |
| 14124732 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14124730 | #+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14124733 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 14181990 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14124737 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14124736 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14186325 | + | Toyota Motor Credit Corp., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14187657 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14124738 | + | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2712 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:57:13 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14124720 | | Email/Text: bkrpt@retrievalmasters.com | Nov 05 2020 03:14:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14124722 | + | Email/Text: bankruptcy@ldf-holdings.com | Nov 05 2020 03:15:00 | Amplify Funding, P.O. Box 542, Lac Du Flambeau, WI 54538-0542 |
| 14236599 | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 18-14075-elf    Doc 44    Filed 11/06/20    Entered 11/07/20 00:45:16    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14124723 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2020 02:57:12 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14173135 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2020 03:00:37 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14124724 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 05 2020 03:14:00 | | Comenity Bank/Lane Bryant, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14124725 | | Email/Text: bankruptcy@credencerm.com Nov 05 2020 03:15:00 | | Credence Resource Management LLC, PO Box 1253, Southgate, MI 48195-0253 |
| 14182164 | | Email/Text: bnc-quantum@quantum3group.com Nov 05 2020 03:14:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14184022 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2020 02:58:57 | | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14124728 | + | Email/Text: PBNCNotifications@peritusservices.com Nov 05 2020 03:13:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14170704 | | Email/PDF: cbp@onemainfinancial.com Nov 05 2020 02:58:52 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14124729 | + | Email/PDF: cbp@onemainfinancial.com Nov 05 2020 03:00:36 | | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14185138 | + | Email/Text: bankruptcygroup@peco-energy.com Nov 05 2020 03:14:00 | | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14180580 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2020 02:58:54 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14125671 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2020 03:00:38 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14124731 | + | Email/Text: bankruptcygroup@peco-energy.com Nov 05 2020 03:14:00 | | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14184658 | | Email/Text: bnc-quantum@quantum3group.com Nov 05 2020 03:14:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14124734 | + | Email/PDF: gecsedi@recoverycorp.com Nov 05 2020 02:57:11 | | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14185478 | + | Email/PDF: gecsedi@recoverycorp.com Nov 05 2020 03:00:36 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14124735 | + | Email/PDF: gecsedi@recoverycorp.com Nov 05 2020 02:57:11 | | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14189222 | + | Email/Text: bncmail@w-legal.com Nov 05 2020 03:14:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14124741 | | Email/Text: megan.harper@phila.gov Nov 05 2020 03:14:00 | | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14271512 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14124739 | *+ | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2712 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 41 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2020                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Danielle D Parns dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 4

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DANIELLE D PARNS

Chapter 13

Debtor

Bankruptcy No. 18-14075-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 4, 2020

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
DANIELLE D PARNS

2743 W. EYRE STREET

PHILADELPHIA, PA 19121